

Edgardo M. Lopez  SBN 129575
J. Flores Valdez  SBN 177675
FILIPINO LAW GROUP
3600 Wilshire Boulevard, Suite 1716
Los Angeles, CA 90010
Telephone (213) 380 3939
edlopezlaw@aol.com
jvaldezlaw@gmail.com

*Attorneys for Plaintiffs Maximino Lopez and
  Andy Roxas*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE: PACQUIAO-MAYWEATHER BOXING MATCH PAY-PER-VIEW LITIGATION | MDL No. 2:15-ml-02639-RGK (PLAx)<br><br>[MDL No. 2639] |
| This document relates to:<br><br>*Lopez v. Top Rank, et al.,*<br>Case No. 2:15-cv-04435-RGK | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>(Assigned to the Honorable Gary R. Klausner) |

PLEASE TAKE NOTICE that Plaintiffs MAXIMINO LOPEZ and ANDY ROXAS, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss their individual claims only, in the above-captioned action, without prejudice, and will continue as members of any putative class in this MDL No. 2639 in which they may be defined.

Respectfully submitted,

Dated: February 19, 2016    FILIPINO LAW GROUP

By: _____
             s/Edgardo M. Lopez

Edgardo M. Lopez  SBN 129575
J. Flores Valdez  SBN 177675
3600 Wilshire Boulevard, Suite 1716
Los Angeles, CA 90010
Telephone (213) 380 3939
edlopezlaw@aol.com
jvaldezlaw@gmail.com

*Attorneys for Plaintiffs Maximino Lopez and Andy Roxas*

- 1 -

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL